IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INTEGRATED GLOBAL<br>CONCEPTS, INC. and<br>MEIXLER TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action<br>File No. 1:06-CV-2199-CC<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

(1)   The undersigned Counsel of Record for the Plaintiff and Defendant certify that the following is a full and complete list of all parties in this action:

<u>Plaintiff</u>:   Catch Curve, Inc.

<u>Defendants</u>: Integrated Global Concepts, Inc.
             Meixler Technologies, Inc.

(2)   The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnership, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

<u>For the Plaintiff</u>:   j2 Global Communications, Inc.; IP Network, Inc.

For the Defendant: None.

(3)  The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff:

Scott A. Horstemeyer
Dan R. Gresham
N. Andrew Crain
Cynthia J. Lee
**Thomas, Kayden, Horstemeyer & Risley, L.L.P.**
100 Galleria Parkway, N.W.
Suite 1750
Atlanta, Georgia  30339-5948
Telephone:  (770) 933-9500
Facsimile:  (770) 951-0933

For the Defendants:

Gregory J. Digel
Kelli Lott
**Holland & Knight LLP**
1201 West Peachtree Street, N.E.
Suite 2000, One Atlantic Center
Atlanta, Georgia  30309-3400
Telephone:  (404) 817-8500
Facsimile:  (404) 881-0470

Of Counsel:
Robert J. Schneider
James P. Sullivan
**Chapman And Cutler LLP**
111 West Monroe Street
Chicago, Illinois 60603-4080
Telephone:  (312) 845-3919
Facsimile:  (312) 701-2361

Respectfully submitted, this 20th day of November, 2006.

| | |
|---|---|
| s/Dan R. Gresham | s/Gregory J. Digel |
| | (by Dan R. Gresham w/express permission) |
| Scott A. Horstemeyer | Gregory J. Digel |
| Georgia Bar No. 367836 | Georgia Bar No. 221750 |
| Dan R. Gresham | **Holland & Knight LLP** |
| Georgia Bar No. 310280 | 2000 One Atlantic Center |
| **Thomas, Kayden, Horstemeyer & Risley, L.L.P.** | 1201 West Peachtree Street, N.E. |
| | Atlanta, Georgia 30309 |
| 100 Galleria Parkway, N.W. | (404) 817-8500 |
| Suite 1750 | |
| Atlanta, GA 30339-5948 | Attorneys for Defendants |
| (770) 933-9500 | |
| | |
| Attorneys for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED GLOBAL CONCEPTS, INC. AND MEIXLER TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action <br> File No. 1:06-CV-2199-CC <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, a copy of the foregoing **"CERTIFICATE OF INTERESTED PERSONS"** was caused to be served upon the following attorneys of record as indicated:

Gregory J. Digel
**HOLLAND & KNIGHT LLP**
1201 West Peachtree Street, N.E.
Suite 2000, One Atlantic Center
Atlanta, Georgia 30309-3400
*Service via Electronic Filing with
the ND Ga. Clerk of Court using the CM/ECF system*

Robert J. Schneider
James P. Sullivan
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, Illinois 60603-4080
*Service via First Class Mail*

s/Dan R. Gresham

00446798

4