FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 8 2006

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

1:06-CV-2199-CC

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*Case to remain on Eight Month Discovery Track. CC*

IT IS SO ORDERED, this 8th day of December, 2006.

Clarence Cooper
United States District Judge
Northern District of Georgia