# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., | |
|    Plaintiff and Counterclaim Defendant, | Civil Action File No. |
| v. | 1:06-CV-2199-CC |
| INTEGRATED GLOBAL CONCEPTS, INC., | |
|    Defendant and Counterclaim Plaintiff, | |
|    and | |
| MEIXLER TECHNOLOGIES, INC., | |
|    Defendant. | |
| | |
| INTEGRATED GLOBAL CONCEPTS, INC., | |
|    Counterclaim Plaintiff, | |
| v. | |
| J2 GLOBAL COMMUNICATIONS, INC., AUDIOFAX, INC. and AUDIOFAX IP LLC, | |
|    Additional Counterclaim Defendants. | |

## NOTICE OF APPELLATE DECISION

As directed by the Order of February 18, 2009 [*Doc. No. 106*], Plaintiff/Counterclaim Defendant Catch Curve, Inc. respectfully notifies the Court that an appellate decision was entered by the United States Court of Appeals for

the Federal Circuit in the action captioned <u>Catch Curve, Inc. v. Venali</u>, Inc., No. 09-1121, on January 22, 2010.

Respectfully submitted, this 29th day of January, 2010.

<div style="margin-left:2em">

*/s/ Dan R. Gresham*
Robert A. Sacks
California Bar No. 150146
Brian R. England
California Bar No. 211335
Edward E. Johnson
California Bar No. 241065
**SULLIVAN & CROMWELL, LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600
(310) 712-8800 Fax

Scott A. Horstemeyer
Georgia Bar No. 367836
Dan R. Gresham
Georgia Bar No. 310280
Melissa Rhoden
Georgia Bar No. 143160
**THOMAS, KAYDEN, HORSTEMEYER
    & RISLEY, LLP**
600 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile:  (770) 951-0933

Attorneys for Plaintiff / Counterclaim Defendant Catch Curve, Inc. and Additional Counterclaim Defendant j2 Global Communications, Inc.

</div>

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., ) <br> ) <br> Plaintiff and Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> INTEGRATED GLOBAL CONCEPTS, INC., ) <br> ) <br> Defendant and Counterclaim Plaintiff, ) <br> ) <br> And ) <br> ) <br> MEIXLER TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> INTEGRATED GLOBAL CONCEPTS, INC., ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J2 GLOBAL COMMUNICATIONS, INC., ) <br> AUDIOFAX, INC., AND AUDIOFAX IP LLC, ) <br> ) <br> Additional Counterclaim Defendants. ) <br> _____) | Civil Action File <br> 1:06-CV-2199-CC |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2010, copies of the foregoing **"NOTICE OF APPELLATE DECISION"** were filed electronically with the ND Ga. Clerk of Court using the CM/ECF system, which will

3

automatically send e-mail notification of such filing to the following attorneys of record:

<div style="text-align:center;">

Michael J. Powell
mpowell@bakerdonelson.com
L. Clint Crosby
ccrosby@bakerdonelson.com
Damany F. Ransom
dransom@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, Georgia  30326-1164

Robert J. Schneider
bschneid@chapman.com
John R. Crossan
crossan@champman.com
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603-4080

</div>

                                     */s/ Dan R. Gresham*