IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., )<br>)<br>Plaintiff and Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>INTEGRATED GLOBAL CONCEPTS, INC., )<br>)<br>)<br>Defendant and Counterclaim )<br>Plaintiff, and )<br>)<br>MEIXLER TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>)<br>------------------------ )<br>)<br>INTEGRATED GLOBAL CONCEPTS, INC., )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>J2 GLOBAL COMMUNICATIONS, INC., )<br>AUDIOFAX, INC., AUDIOFAX IP LLC, )<br>)<br>Added Counterclaim Defendants. ) | No. 1:06-CV-2199-CC |

## **[REVISED PROPOSED] SCHEDULING ORDER**

Having recently lifted the stay in the case and having been informed that the parties do not elect to pursue mediation at this time, upon review of the foregoing Consent Motion for Entry of Revised Scheduling Order, the Court hereby orders the following:

1. The Court, per Order [*Doc. No. 106*], has given permission to Catch Curve and j2 to renew their Motion to Dismiss IGC's First Amended Counterclaims (the "Motion"). Catch Curve and j2 shall file their Motion on or before July 16, 2010; Catch Curve and j2 are granted leave to file a Brief in support of their motion not to exceed thirty (30) pages in length;

2. IGC shall have sixty (60) days from the filing of the Motion to file a response to the Motion ("the Response");

3. IGC is granted leave to file a Response brief not to exceed thirty-five (35) pages in length;

4. Catch Curve and j2 shall have twenty-one (21) days from the filing of IGC's Response to file any reply; Catch Curve and j2 are granted leave to file a reply brief not to exceed twenty (20) pages in length;

-3-

5. Catch Curve shall serve its Infringement Contentions pursuant to Patent L.R. 4.1 within forty-five (45) days after Catch Curve and j2 file an Answer to any operative counterclaims filed by IGC;

6. The discovery period shall commence forty-five (45) days after Catch Curve and j2 file an Answer to any operative counterclaims filed by IGC;

7. IGC and MTI shall serve their Responses to Infringement Contentions pursuant to Patent L.R. 4.2 within thirty (30) days after receipt of Catch Curve's Infringement Contentions;

8. IGC and MTI shall serve their Invalidity Contentions pursuant to Patent L.R. 4.3 within thirty (30) days after service of their Responses to Catch Curve's Infringement Contentions;

9. The parties shall exchange their list of proposed terms for claim construction pursuant to Patent L.R. 6.1 one hundred and twenty (120) days after Catch Curve and j2 file an Answer to any operative counterclaims filed by IGC;

10. The parties shall exchange their Preliminary Claim Constructions pursuant to Patent L.R. 6.2 thirty (30) days following their exchange of proposed terms pursuant to Patent L.R. 6.1;

11.  Within thirty (30) days after the parties exchange their Preliminary Claim Constructions, the parties shall complete and file a Joint Claim Construction Statement pursuant to Patent L.R. 6.3; and

12.  Within sixty (60) days after filing the Joint Claim Construction Statement, the parties shall complete all discovery relating to claim construction pursuant to Patent L.R. 6.4.

SO ORDERED, this  7th day of    JULY   , 2010.

 s/ CLARENCE COOPER 
Clarence Cooper
Senior Judge, United States District Court