FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 10 2012

JAMES N. HATTEN, CLERK
By: R Bachelm  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>INTEGRATED GLOBAL CONCEPTS, INC.,<br><br>   Defendant and Counterclaim Plaintiff.<br><br>-------------------------<br><br>INTEGRATED GLOBAL CONCEPTS, INC.,<br><br>   Counterclaim Plaintiff,<br><br>   v.<br><br>J2 GLOBAL COMMUNICATIONS, INC., AUDIOFAX, INC., AUDIOFAX IP LLC,<br><br>   Added Counterclaim Defendants. | No. 1:06-CV-2199-AT |

## ORDER

The parties having jointly consented to and requested a short extension of certain deadlines in the Scheduling Order [Doc. No. 120], and good cause being shown therefor;

IT IS HEREBY ORDERED that the deadline of Item 8 in the Scheduling Order is hereby extended through and including Friday, February 3, 2012 and that the deadline of Item 9 in the Scheduling Order be extended through and including Monday, February 20, 2012.

SO ORDERED, this 1st day of January, 2012.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE