IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATCH CURVE, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | |
| | ) | No. 1:06-CV-2199-AT |
| V. | ) ) | |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) ) ) | |
| ----------------------- | ) ) | |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| V. | ) ) | |
| J2 GLOBAL COMMUNICATIONS, INC., AUDIOFAX, INC., AUDIOFAX IP LLC, | ) ) ) | |
| Added Counterclaim Defendants. | ) ) ) | |

## ORDER

The parties having jointly consented to and requested that the Court schedule the timing for service and filing of claim construction briefs pursuant to Patent Local Rules 6.5(a) and (b), and good cause being shown therefor;

IT IS HEREBY ORDERED that the deadline for the parties to serve and file their opening briefs (and evidence) per Patent L.R. 6.5(a) shall be through and including Wednesday, July 11, 2012 and that the deadline for the parties to serve and file their responsive briefs (and evidence) per Patent L.R. 6.5(b) shall be through and including Wednesday, August 1, 2012.

SO ORDERED, this 16th day of May, 2012.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE