# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATCH CURVE, INC., | ) |
|    Plaintiff and Counterclaim Defendant, | ) |
| v. | ) |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) |
|    Defendant and Counterclaim Plaintiff, | ) |
|      and | ) |
| MEIXLER TECHNOLOGIES, INC., | ) |
|    Defendant. | ) |
| ——————————————— | ) |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) |
|    Counterclaim Plaintiff, | ) |
| v. | ) |
| J2 GLOBAL COMMUNICATIONS, INC., AUDIOFAX, INC., and AUDIOFAX IP LLC, | ) |
|    Additional Counterclaim Defendants. | ) |
| ——————————————— | ) |

Civil Action
File No. 1:06-CV-2199-CC

## PLAINTIFF'S DISCLOSURE OF INFRINGEMENT CONTENTIONS

Pursuant to LPR 4.1, Plaintiff Catch Curve, Inc. ("Catch Curve") hereby discloses its Infringement Contentions as follows.

In accordance with LPR 4.1(b)(1) and 4.1(b)(2), Catch Curve states that the MaxEmail™ service of Defendant Integrated Global Concepts, Inc. ("IGC") infringes at least claims 33, 40, 44, 63, 64, 65, 69, 71, 78, 98, and 99 of US Patent No. 6,785,021; claims 1 and 2 of US Patent No. 7,365,884; and claims 1, 2, 3, 5, 6, 7, and 8 of US Patent No. 7,525,691.

In accordance with LPR 4.1(b)(3) and 4.1(b)(4), Exhibits A-C hereto are claim charts reading the asserted claims on the accused MaxEMail service. Exhibits 1-6 are true and correct copies of materials referenced in the claim charts.

In accordance with LPR 4.1(b)(5), Catch Curve states that the asserted claims are entitled to the priority date of USP 4,994,926, filed September 22, 1988. Catch Curve makes this statement without prejudice to the assertion of an earlier date of conception.

In accordance with LPR 4.1(c), Catch Curve is making available, for inspection and copying, documents falling within the categories enumerated in LPR 4.1(c)(1)-(3).  Catch Curve states that there are no documents falling within the category enumerated in LPR 4.1(c)(4).

Date:  November 14, 2011

*Robert A. Sacks /EEJ*

Robert A. Sacks
California Bar No. 150146
Brian R. England
California Bar No. 211335
Edward E. Johnson
California Bar No. 241065
**SULLIVAN & CROMWELL, LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600
(310) 712-8800 Fax

Scott A. Horstemeyer
Georgia Bar No. 367836
Dan R. Gresham
Georgia Bar No. 310280
Melissa Rhoden
Georgia Bar No. 143160
**THOMAS, KAYDEN, HORSTEMEYER**
**& RISLEY, LLP**
600 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile:  (770) 951-0933

*Attorneys for Plaintiff and Counterclaim*
*Defendant Catch Curve, Inc. and Additional*
*Counterclaim Defendant j2 Global*
*Communications, Inc.*

3

# EXHIBIT A

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 33 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 33. A facsimile communication method comprising the steps of: | |
| identifying at least one store and forward facility; | IGC's MaxEmail® service stores received faxes for users for at least 30 days:<br><br>**Question:**<br><br>Received Messages (Under Receive tab)<br><br>**Answer:**<br><br>In this area, you can view the last 30 days of faxes and/or voicemails received on your account.<br><br>Frequently Asked Questions, A106.<br><br>**Question:**<br><br>Can my fax and voice messages be stored for longer than 30 days?<br><br>**Answer:**<br><br>Yes. For an additional charge, you can enable extended storage, which stores your MaxEmail messages for 1 year.<br><br>Frequently Asked Questions, R142. |
| assigning to each subscriber of a plurality of subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each subscriber will result in the related telephone call being switched by a switched telephone network to the at | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the public switched telephone network (PSTN) to the MaxEmail® system.<br><br>**MaxEmail Internet Fax Services Features**<br><br>* * *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 33 | Comparison to IGC's MaxEmail® Service |
|---|---|
| least one store and forward facility; | Internet Fax Solutions:  Internet Fax Services. |
| | ## Getting Started With MaxEmail® Fax Services |
| | *   *   * |
| | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
| | Get Help:  Getting Started. |
| associating a unique mailbox defined in at least one computer storage device with each particular subscriber of the plurality of subscribers; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored. |
| | **Question:** |
| | Received Messages (Under Receive tab) |
| | **Answer:** |
| | In this area, you can view the last 30 days of faxes and/or voicemails received on your account. |
| | Frequently Asked Questions, A106. |
| | ## MaxEmail Internet Fax Services Features |
| | *   *   * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| receiving at the at least one store and forward facility a telephone call switched to the store and forward facility by the public switched | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. |

A-2

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 33 | Comparison to IGC's MaxEmail® Service |
|---|---|
| telephone network as result of a sender dialing one of the unique destination telephone numbers, whereby an originating telephone call connection is made; | MaxEmail Internet Fax Services Features<br><br>*    *    *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services.<br><br>Getting Started With MaxEmail Fax Services<br><br>*    *    *<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help:  Getting Started. |
| receiving at the store and forward facility, from an originating fax device, over the originating telephone call connection, a facsimile message; and | Once the connection is made with the originating fax machine, a fax is received.<br><br>MaxEmail Internet Fax Services Features<br><br>*    *    *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services.<br><br>Getting Started With MaxEmail Fax Services<br><br>*    *    *<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help:  Getting Started. |

A-3

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 33 | Comparison to IGC's MaxEmail® Service |
|---|---|
| directing the facsimile message received over the originating telephone call connection to the mailbox associated with the subscriber to whom the dialed one of the unique destination telephone numbers is assigned. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

| CLAIM 40 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 40. The method of claim 33, further including the step of, | See analysis of claim 33 above. |
| in response to instructions received from a subscriber, transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN. **Question:** How do I dial in and listen to my voice messages and review my faxes over the telephone? **Answer:** 1. Dial your MaxEmail number 2. When you hear the greeting, press the * key 3. Enter your PIN and press # to access the main menu Note - you may press the * key at any time to exit an option and return to the previous menu **Listening to voice messages:** |

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 40 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, |

A-5

## EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 40 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system.<br><br>Frequently Asked Questions, R118. |

| CLAIM 44 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 44. A facsimile communication method comprising the steps of:<br><br>identifying at least one store and forward facility; | IGC's MaxEmail® service stores received faxes for users for at least 30 days:<br><br>**Question:**<br><br>Received Messages (Under Receive tab)<br><br>**Answer:**<br><br>In this area, you can view the last 30 days of faxes and/or voicemails received on your account.<br><br>Frequently Asked Questions, A106.<br><br>**Question:**<br><br>Can my fax and voice messages be stored for longer than 30 days?<br><br>**Answer:**<br><br>Yes. For an additional charge, you can enable extended storage, which stores your MaxEmail messages for 1 year. |

A-6

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 44 | Comparison to IGC's MaxEmail® Service |
|---|---|
| assigning to each subscriber of a first plurality of subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each system subscriber results in the related telephone call being switched by a public switched telephone network to the at least one store and forward facility; | Frequently Asked Questions, R142. IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the public switched telephone network (PSTN) to the MaxEmail® system.<br><br>MaxEmail Internet Fax Services Features<br><br>*   *   *<br><br>Personal, Unique Internet Fax Number. We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services.<br><br>Getting Started With MaxEmail Fax Services<br><br>*   *   *<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help:  Getting Started. |
| associating a unique mailbox defined in at least one computer storage device with each mailbox subscriber of a plurality of mailbox subscribers, which mailbox subscribers are, also, subscribers of the first plurality of subscribers; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored.<br><br>Question:<br><br>Received Messages (Under Receive tab)<br><br>Answer:<br><br>In this area, you can view the last 30 days of faxes and/or voicemails received on your account.<br><br>Frequently Asked Questions, A106.<br><br>MaxEmail Internet Fax Services Features |

A-7

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 44 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | * * * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| receiving at the at least one store and forward facility a telephone call switched to the store and forward facility by the public switched telephone network as result of a sender dialing one of the unique destination telephone numbers, whereby an originating telephone call connection is made; | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. |
| | MaxEmail Internet Fax Services Features |
| | * * * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| | Getting Started With MaxEmail Fax Services |
| | * * * |
| | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
| | Get Help:  Getting Started. |
| receiving at the store and forward facility, from an originating fax device, over the originating telephone call connection, a facsimile message; and | Once the connection is made with the originating fax machine, a fax is received. |
| | MaxEmail Internet Fax Services Features |
| | * * * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |

A-8

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 44 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | Internet Fax Solutions:  Internet Fax Services. |
|  | ## Getting Started With MaxEmail Fax Services |
|  | *   *   * |
|  | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
|  | Get Help:  Getting Started. |
| if the dialed one of the unique destination telephone numbers is a destination telephone number assigned to a mailbox subscriber, directing the facsimile message to respective subscriber's mailbox. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

| CLAIM 63 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 63. The method of claim 44, further including the step of, | See analysis of claim 44 above. |
| in response to instructions received from a subscriber, transmitting facsimile messages stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN. |
|  | **Question:** |
|  | How do I dial in and listen to my voice messages and review my faxes over the telephone? |
|  | **Answer:** |
|  | 1. Dial your MaxEmail number |

A-9

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 63 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | 2. When you hear the greeting, press the * key |
| | 3. Enter your PIN and press # to access the main menu |
| | Note - you may press the * key at any time to exit an option and return to the previous menu |
| | **Listening to voice messages:** |
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Recieve Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |

A-10

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 63 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | Frequently Asked Questions, G113. |
|  | **Question:** |
|  | Can I receive faxes from Fax on Demand services (FOD)? |
|  | **Answer:** |
|  | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
|  | Frequently Asked Questions, R118. |

| CLAIM 64 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 64. A facsimile communication method comprising the steps of: | Claim preambles are generally not limiting. |
| identifying at least one store and forward facility; | IGC's MaxEmail® service stores received faxes for users for at least 30 days: |
|  | **Question:** |
|  | Received Messages (Under Receive tab) |
|  | **Answer:** |
|  | In this area, you can view the last 30 days of faxes and/or voicemails received on your account. |
|  | Frequently Asked Questions, A106. |

A-11

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| | |
|---|---|
| assigning to each subscriber of a plurality of subscribers a unique destination telephone number, wherein the dialing of the unique destination telephone number of each subscriber will result in the related telephone call being switched by a switched telephone network to the at least one store and forward facility; | **Question:** <br> Can my fax and voice messages be stored for longer than 30 days? <br><br> **Answer:** <br><br> Yes. For an additional charge, you can enable extended storage, which stores your MaxEmail messages for 1 year. <br><br> Frequently Asked Questions, R142. <br><br> IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the public switched telephone network (PSTN) to the MaxEmail® system. <br><br> MaxEmail Internet Fax Services Features <br><br> *   *   * <br><br> **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. <br><br> Internet Fax Solutions:  Internet Fax Services. <br><br> *   *   * <br><br> Getting Started With MaxEmail Fax Services <br><br> Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. <br><br> Get Help:  Getting Started. |
| identifying mailboxes defined in at least one mass storage device and associated with particular subscribers; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored. <br><br> **Question:** <br><br> Received Messages (Under Receive tab) <br><br> **Answer:** <br><br> In this area, you can view the last 30 days of faxes and/or voicemails received on your |

A-12

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| | |
|---|---|
| | account. |
| | Frequently Asked Questions, A106. |
| associating the mailbox of a particular subscriber with that subscriber's unique destination telephone number; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored. |
| | **Question:** |
| | Received Messages (Under Receive tab) |
| | **Answer:** |
| | In this area, you can view the last 30 days of faxes and/or voicemails received on your account. |
| | Frequently Asked Questions, A106. |
| | MaxEmail Internet Fax Services Features |
| | *   *   * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| receiving at the at least one store and forward facility a telephone call switched to the store and forward facility by the public switched telephone network as result of a sender dialing one of the unique destination telephone numbers, whereby an originating telephone call connection is made; | Internet Fax Solutions:  Internet Fax Services. |
| | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. |
| | MaxEmail Internet Fax Services Features |
| | *   *   * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |

A-13

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| | |
|---|---|
| | Internet Fax Solutions:  Internet Fax Services.<br><br>## Getting Started With MaxEmail Fax Services<br><br>\* \* \*<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help:  Getting Started. |
| receiving facsimile information at the at least one store and forward facility, from an originating fax device, over the originating telephone call connection; and | Once the connection is made with the originating fax machine, a fax is received.<br><br>## MaxEmail Internet Fax Services Features<br><br>\* \* \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services.<br><br>## Getting Started With MaxEmail Fax Services<br><br>\* \* \*<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help:  Getting Started. |
| directing the facsimile information received over the originating telephone call connection to the mailbox associated with the dialed one of the unique destination telephone numbers. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

A-14

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 65 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 65.  The method of claim 64, further comprising the step of, in response to instructions received from a subscriber, transmitting facsimile information stored in that subscriber's mailbox to a facsimile machine designated by that subscriber in the instructions. | See analysis of claim 64 above.<br><br>In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN.<br><br>**Question:**<br><br>How do I dial in and listen to my voice messages and review my faxes over the telephone?<br><br>**Answer:**<br><br>1. Dial your MaxEmail number<br><br>2. When you hear the greeting, press the * key<br><br>3. Enter your PIN and press # to access the main menu<br><br>Note - you may press the * key at any time to exit an option and return to the previous menu<br><br>**Listening to voice messages:**<br><br>Follow steps 1-3 above Press 1 to review your voice messages<br><br>Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date<br><br>**Reviewing faxes:**<br><br>Follow steps 1-3 above Press 2 to review your faxes<br><br>Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date<br><br>* Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |

A-15

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 65 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

| CLAIM 69 | Comparison to IGC's MaxEmail® Service |
|---|---|

A-16

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 69 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 69. A method of delivering a facsimile image, said method comprising the steps of: | Claim preambles are generally not limiting. |
| associating each telephone number of a first plurality of telephone numbers on a switched telephone network with an intended recipient of a first plurality of intended facsimile recipients; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored.<br><br>**Question:**<br><br>Received Messages (Under Receive tab)<br><br>**Answer:**<br><br>In this area, you can view the last 30 days of faxes and/or voicemails received on your account.<br><br>Frequently Asked Questions, A106.<br><br>MaxEmail Internet Fax Services Features<br><br>\*   \*   \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions: Internet Fax Services. |
| receiving at a first call handling facility a telephone call directed to one of the telephone numbers of the first plurality of telephone numbers and switched to the call handling facility by the switched telephone network as a result of the dialing of the one of the telephone numbers; | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results.<br><br>MaxEmail Internet Fax Services Features<br><br>\*   \*   \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |

A-17

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 69 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | Internet Fax Solutions:  Internet Fax Services. |
|  | Getting Started With MaxEmail Fax Services |
|  | * * * |
|  | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
|  | Get Help:  Getting Started. |
| answering at the call handling facility the received telephone call and interacting using facsimile protocol with an originating fax machine on the other end of the call; | When a fax sender dials a user's telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. |
|  | MaxEmail Internet Fax Services Features |
|  | * * * |
|  | Personal, Unique Internet Fax Number. We assign you your own dedicated fax number for your convenience and privacy. |
|  | Internet Fax Solutions:  Internet Fax Services. |
|  | Getting Started With MaxEmail Fax Services |
|  | * * * |
|  | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
|  | Get Help:  Getting Started. |
| during the call, receiving at the call handling facility from the originating fax device a fax message, using facsimile protocol; and | Once the connection is made with the originating fax machine, a fax is received. |
|  | MaxEmail Internet Fax Services Features |
|  | * * * |

A-18

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 69 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
|  | Internet Fax Solutions:  Internet Fax Services. |
|  | Getting Started With MaxEmail Fax Services |
|  | *   *   * |
|  | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
|  | Get Help:  Getting Started. |
| directing the fax message to one of the destinations selected from the group consisting of (i) a mailbox defined in a computer storage and associated prior to the receipt of the call with a particular recipient and with the particular one of the plurality of telephone numbers and (ii) a fax receiving device. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

| CLAIM 71 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 71. The method of claim 69, | See analysis of claim 69 above. |
| wherein, during the directing step, the fax message is directed to a mailbox; and | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox. |
| wherein the method further comprises the step of, in response to | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device |

A-19

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 71 | Comparison to IGC's MaxEmail® Service |
|---|---|
| instructions received from the particular recipient associated with the mailbox, transmitting the fax message from the mailbox to a fax device. | via the PSTN. |
| | **Question:** |
| | How do I dial in and listen to my voice messages and review my faxes over the telephone? |
| | **Answer:** |
| | 1. Dial your MaxEmail number |
| | 2. When you hear the greeting, press the * key |
| | 3. Enter your PIN and press # to access the main menu |
| | Note - you may press the * key at any time to exit an option and return to the previous menu |
| | **Listening to voice messages:** |
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |

A-20

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 71 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

| CLAIM 78 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 78. The method of claim 69, | See analysis of claim 69 above. |
| wherein, during the directing step, the fax message is directed to a mailbox. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox. |

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 98 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 98. The method of claim 18 or 33 or 64 or 83, | See analysis of claims 33 and 64 above. |
| further comprising the step of, in response to instructions received from a subscriber, transmitting facsimile messages stored in that subscriber's mailbox, via the public switched telephone network, to any particular facsimile device designated in the instructions by the subscriber, whereby a subscriber who is traveling or otherwise away from the fixed location of his facsimile device may have facsimile messages collected in his mailbox, and retrieve them from any location where any other facsimile device is situated. | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN. There is no limitation as to the location of the destination facsimile device.<br><br>**Question:**<br><br>How do I dial in and listen to my voice messages and review my faxes over the telephone?<br><br>**Answer:**<br><br>1. Dial your MaxEmail number<br><br>2. When you hear the greeting, press the * key<br><br>3. Enter your PIN and press # to access the main menu<br><br>Note - you may press the * key at any time to exit an option and return to the previous menu<br><br>**Listening to voice messages:**<br><br>Follow steps 1-3 above Press 1 to review your voice messages<br><br>Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date<br><br>**Reviewing faxes:**<br><br>Follow steps 1-3 above Press 2 to review your faxes<br><br>Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |

A-22

EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 98 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

A-23

# EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021

| CLAIM 99 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 99. The method of claim 98, and wherein the transmitting step is performed only after receipt at least one store and forward facility of a unique PIN number of the subscriber associated with the respective mailbox. | See analysis of claim 98 above. |
| | In response to a user's telephonic instructions, including the entry of a user PIN, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN. |
| | **Question:** |
| | How do I dial in and listen to my voice messages and review my faxes over the telephone? |
| | **Answer:** |
| | 1. Dial your MaxEmail number |
| | 2. When you hear the greeting, press the * key |
| | 3. Enter your PIN and press # to access the main menu |
| | Note - you may press the * key at any time to exit an option and return to the previous menu |
| | **Listening to voice messages:** |
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |

A-24

**EXHIBIT A - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 6,785,021**

| CLAIM 99 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |

A-25

# EXHIBIT B

**EXHIBIT B - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,365,884**

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 1. One or more computer readable media storing instructions that upon execution by a computer cause the computer to deliver a facsimile image by performing the steps comprising of: | |
| a) associating each telephone number of a first plurality of telephone numbers on a switched telephone network with an intended recipient of a first plurality of intended facsimile recipients; | Each MaxEmail® user has a unique account, and a mailbox where his/her faxes are stored.<br><br>**Question:**<br><br>Received Messages (Under Receive tab)<br><br>**Answer:**<br><br>In this area, you can view the last 30 days of faxes and/or voicemails received on your account.<br><br>Frequently Asked Questions, A106.<br><br>MaxEmail Internet Fax Services Features<br><br>    \*    \*    \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services. |
| b) receiving a telephone call directed to one of the telephone numbers of the first plurality of telephone numbers as a result of a sender dialing one of the telephone numbers; | IGC's MaxEmail® service gives each user a unique telephone number. When a fax sender dials that telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results.<br><br>MaxEmail Internet Fax Services Features |

**EXHIBIT B - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,365,884**

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | *   *   * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| | Getting Started With MaxEmail Fax Services |
| | *   *   * |
| | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
| | Get Help:  Getting Started. |
| c) answering the received telephone call and interacting using facsimile protocol with an originating fax machine on the other end of the call; | When a fax sender dials a user's telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. |
| | MaxEmail Internet Fax Services Features |
| | *   *   * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| | Getting Started With MaxEmail Fax Services |
| | *   *   * |
| | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
| | Get Help:  Getting Started. |
| d) during the call, receiving from the originating fax device a fax message, | Once the connection is made with the originating fax machine, a fax is |

B-2

**EXHIBIT B - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,365,884**

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| using facsimile protocol; and | received. |
| | ## MaxEmail Internet Fax Services Features |
| | * * * |
| | **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. |
| | Internet Fax Solutions:  Internet Fax Services. |
| | ## Getting Started With MaxEmail Fax Services |
| | * * * |
| | Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. |
| | Get Help:  Getting Started. |
| e) directing the fax message to one of the destinations selected from the group consisting of (i) an electronic mailbox defined in a computer storage and associated prior to the receipt of the call with a particular recipient and with the particular one of the plurality of telephone numbers and (ii) a fax receiving device. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

| CLAIM 2 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 2. The media of claim 1, and | See analysis of claim 1 above. |
| storing further instruction for | In response to a user's telephonic instructions, MaxEmail® transmits |

B-3

# EXHIBIT B - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,365,884

| CLAIM 2 | Comparison to IGC's MaxEmail® Service |
|---|---|
| performing the step comprising of transmitting the fax message from the mailbox to a fax device in response to instructions received from the particular recipient associated with the mailbox. | facsimile messages stored in the user's mailbox to a designated fax device via the PSTN.<br><br>**Question:**<br><br>How do I dial in and listen to my voice messages and review my faxes over the telephone?<br><br>**Answer:**<br><br>1. Dial your MaxEmail number<br><br>2. When you hear the greeting, press the * key<br><br>3. Enter your PIN and press # to access the main menu<br><br>Note - you may press the * key at any time to exit an option and return to the previous menu<br><br>**Listening to voice messages:**<br><br>Follow steps 1-3 above Press 1 to review your voice messages<br><br>Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date<br><br>**Reviewing faxes:**<br><br>Follow steps 1-3 above Press 2 to review your faxes<br><br>Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date<br><br>* Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system.<br><br>Frequently Asked Questions, R128.<br><br>**Question:**<br><br>What do I use the PIN for? |

B-4

**EXHIBIT B - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,365,884**

| CLAIM 2 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

B-5

# EXHIBIT C

**EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691**

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 1. A method for delivering a facsimile to an electronic mailbox, the method comprising: | |
| a) interfacing with a plurality of communication channels for receiving facsimile messages, wherein each communication channel is capable of supporting a communication session from an originating facsimile machine via a switched telephone network; | IGC's MaxEmail® service has fax servers with hundreds of incoming fax lines. The fax servers interact with the PSTN so that each incoming fax line can communicate with an originating facsimile machine<br><br>MaxEmail Internet Fax Services Features<br><br>        *    *    *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>        *    *    *<br><br>**No busy signals.** Because we maintain fax servers with hundreds of incoming fax lines, you can receive multiple faxes at the same time without callers getting busy signals, 24 hours a day, seven days a week.<br><br>Internet Fax Solutions:  Internet Fax Services. |
| b) associating a telephone number from a plurality of telephone numbers on a switched telephone network with an intended facsimile recipient; | Each MaxEmail® user has a unique account, and a corresponding telephone number.<br><br>MaxEmail Internet Fax Services Features<br><br>        *    *    *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions:  Internet Fax Services. |
| c) receiving a telephone call via a selected communication channel | When a fax sender dials a user's unique telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the |

C-1

EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| from the plurality of communication channels; | originating fax machine results.<br><br>## MaxEmail Internet Fax Services Features<br><br>\* \* \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions: Internet Fax Services.<br><br>## Getting Started With MaxEmail Fax Services<br><br>\* \* \*<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help: Getting Started. |
| d) participating in a communication session with an originating facsimile machine using a facsimile protocol via the selected communication channel, wherein the participating step comprises receiving an inbound fax message for the intended facsimile recipient; and | Once the connection is made with the originating fax machine, a fax is received.<br><br>## MaxEmail Internet Fax Services Features<br><br>\* \* \*<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions: Internet Fax Services.<br><br>## Getting Started With MaxEmail Fax Services<br><br>\* \* \*<br><br>Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message.<br><br>Get Help: Getting Started. |

# EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| e) directing the inbound fax message to a mailbox defined in a computer storage and from which the intended facsimile recipient can retrieve the inbound fax message. | Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular user, and that user's associated telephone number.

In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN.

**Question:**

How do I dial in and listen to my voice messages and review my faxes over the telephone?

**Answer:**

1. Dial your MaxEmail number

2. When you hear the greeting, press the * key

3. Enter your PIN and press # to access the main menu

Note - you may press the * key at any time to exit an option and return to the previous menu

**Listening to voice messages:**

Follow steps 1-3 above Press 1 to review your voice messages

Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date

**Reviewing faxes:**

Follow steps 1-3 above Press 2 to review your faxes

Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date

* Please note - MaxEmail Send charges apply for forwarding faxes to another fax |

C-3

EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 1 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

C-4

**EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691**

| CLAIM 2 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 2. The method of claim 1, wherein the received telephone call results from the entry of the associated telephone number at the originating facsimile machine and from the switching of the telephone call to the selected communication channel by the switched telephone network. | See analysis of claim 1 above. <br><br> When a fax sender dials a user's telephone number, the call is routed over the PSTN to the MaxEmail® system, and a connection to the originating fax machine results. <br><br> ## MaxEmail Internet Fax Services Features <br><br> * * * <br><br> **Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy. <br><br> Internet Fax Solutions:  Internet Fax Services. <br><br> ## Getting Started With MaxEmail Fax Services <br><br> * * * <br><br> Your contacts can call your new MaxEmail number and send you a fax or leave a voice mail message. <br><br> Get Help:  Getting Started. |

| CLAIM 3 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 3. The method of claim 1, wherein the directing step comprises the step of storing the inbound fax message to the mailbox. | See analysis of claim 1 above. <br><br> Per the foregoing citations, MaxEmail® directs the received fax message to a mailbox defined in a computer storage that was associated with a particular recipient, and that recipient's associated telephone number. |

| CLAIM 5 | Comparison to IGC's MaxEmail® Service |
|---|---|

C-5

# EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 5 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 5. The method of claim 1, wherein the directing step comprises the step of determining the intended recipient based upon the associated telephone number. | See analysis of claim 1 above.<br><br>IGC's MaxEmail® service gives each user a unique telephone number.<br><br>**MaxEmail Internet Fax Services Features**<br><br>*    *    *<br><br>**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.<br><br>Internet Fax Solutions: Internet Fax Services. |

| CLAIM 6 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 6. One or more computer readable media storing instructions that upon execution by a computer cause the computer to perform the method of claim 5. | See analysis of claim 5 above.  IGC's MaxEmail® service uses hardware, including at least one computer and associated permanent storage, containing software that the at least one computer executes to perform the method recited in claim 5, as discussed above. |

| CLAIM 7 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 7. The method of claim 1, and further comprising the step of transmitting, in response to instructions from a user, facsimile messages stored in the mailbox to a destination designated in the instructions. | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN.<br><br>**Question:**<br><br>How do I dial in and listen to my voice messages and review my faxes over the telephone?<br><br>**Answer:** |

C-6

# EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 7 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | 1. Dial your MaxEmail number |
| | 2. When you hear the greeting, press the * key |
| | 3. Enter your PIN and press # to access the main menu |
| | Note - you may press the * key at any time to exit an option and return to the previous menu |
| | **Listening to voice messages:** |
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save |

C-7

**EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691**

| CLAIM 7 | Comparison to IGC's MaxEmail® Service |
|---|---|
|  | the change. |
|  | Frequently Asked Questions, G113. |
|  | **Question:** |
|  | Can I receive faxes from Fax on Demand services (FOD)? |
|  | **Answer:** |
|  | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
|  | Frequently Asked Questions, R118. |

| CLAIM 8 | Comparison to IGC's MaxEmail® Service |
|---|---|
| 8. The method of claim 7, and further comprising the step of receiving the instructions via a telephone used by the user. | In response to a user's telephonic instructions, MaxEmail® transmits facsimile messages stored in the user's mailbox to a designated fax device via the PSTN. |
|  | **Question:** |
|  | How do I dial in and listen to my voice messages and review my faxes over the telephone? |
|  | **Answer:** |
|  | 1. Dial your MaxEmail number |
|  | 2. When you hear the greeting, press the * key |

C-8

**EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691**

| CLAIM 8 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | 3. Enter your PIN and press # to access the main menu |
| | Note - you may press the * key at any time to exit an option and return to the previous menu |
| | **Listening to voice messages:** |
| | Follow steps 1-3 above Press 1 to review your voice messages |
| | Options after listening to a voice message: Press 1 to save and go to the next message Press 2 to forward a message to another MaxEmail number Press 3 to erase a message Press 4 to replay a message Press 5 to jump to a specific date |
| | **Reviewing faxes:** |
| | Follow steps 1-3 above Press 2 to review your faxes |
| | Press 1 to save a message Press 2 to forward a fax to another fax number * Press 3 to erase a fax Press 4 to replay a message Press 5 to jump to a specific date |
| | * Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system. |
| | Frequently Asked Questions, R128. |
| | **Question:** |
| | What do I use the PIN for? |
| | **Answer:** |
| | Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes. |
| | The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change. |
| | Frequently Asked Questions, G113. |

C-9

EXHIBIT C - CLAIM CHART FOR IGC INFRINGEMENT OF U.S. PATENT NO. 7,525,691

| CLAIM 8 | Comparison to IGC's MaxEmail® Service |
|---|---|
| | **Question:** |
| | Can I receive faxes from Fax on Demand services (FOD)? |
| | **Answer:** |
| | There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system. |
| | Frequently Asked Questions, R118. |

C-10

# EXHIBIT 1

Login     Register

Home        Solutions        Products        About Us        Get Help

You are here: Maxemail — Home » Frequently Asked Questions » A106

# Frequently Asked Questions (FAQ)

## Frequently Asked Questions (FAQ)

**Question:**
Received Messages (Under Receive tab)

**Answer:**

In this area, you can view the last 30 days of faxes and/or voicemails received on your account. If you have the Extended Storage feature enabled (additional charge), 1 year of receive history is available.

The Receive Activity displays the date, time, MaxEmail ID, number of pages, sender ID and file size of messages received. Caller ID is displayed if you have that feature enabled (additional charge). There is also a small clickable square to the far right of each message. Clicking a square opens up a notes field where you can type comments about a fax. The square will change to a small notepad icon if you save notes for a fax.

From the activity log, you can re-send messages to your e-mail address, forward faxes to another e-mail address , or delete messages from your log. Check the box to the right of a message to select it, then click the Resend, Forward or Delete button at the bottom of the page to perform the action.

To open a fax or voice message from within the activity log, click on the ID. This allows you to access your messages when you are away from your e-mail, but you must still have the proper software loaded to view faxes and listen to voicemail in this manner.



**MaxEmail Reviews**

*I just wanted to say THANK YOU!!! I've had to start using MaxEmail for everything... and i LOVE IT!!! Talk about easy! Thank you, Thank you, Thank you!!!"*

— Nina Kaip, Promotional Products Company, New Hudson, MI



TESTED   13-NOV





2008-2011

**ABOUT SSL CERTIFICATES**

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

# EXHIBIT 2

Login    Register

Home        Solutions        Products        About Us        Get Help

You are here: Maxemail — Home » Frequently Asked Questions » R142

**Frequently Asked Questions (FAQ)**

## Frequently Asked Questions (FAQ)

**Question:**
Can my fax and voice messages be stored for longer than 30 days?

**Answer:**

Yes. For an additional charge, you can enable extended storage, which stores your MaxEmail messages for 1 year.

Pricing depends on your current billing plan:

Monthly - $2.95/month
Quarterly - $7.35/quarter ($2.45/month)
Annual - $23.40/year ($1.95/month)

You can enable extended storage by logging in to your account and going to the "Receive Settings" page under, under the Settings tab. Check the box next to Extended Storage and save the change.



**MaxEmail Reviews**

*Love it, Love it, Love it! This service makes working from home so much easier. No leaving the house, any time of the day, I couldn't ask for a better service at the cost.*

– Vanessa Ortega, Business Owner, Tempe, AZ



TESTED    13-NOV




2008-2011

**ABOUT SSL CERTIFICATES**

Fax To Email | Terms & Conditions | Privacy Policy | Help | Fax to Email Resources | MaxEmail Reviews | Site Map

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

# EXHIBIT 3

Login     Sign Up

Home          Solutions          Products          About Us          Get Help

You are here: Maxemail — Home » Internet Fax Solutions

## Internet Fax Solutions

## Internet Fax Services

We offer three Internet fax service plans. Click the "More Info" button on the service plan that best fits your needs to learn more about how we can help you make sending & receiving faxes easier and more cost effective.

### Plus

As low as $7 per month

**Best for:**
Clients who need to send & receive faxes by email or the web. Includes 250 pages received and 100 pages sent each month.

### Lite Non-Local

$24.00 per year

**Best for:**
Clients who do not need a local area code for their fax number. Includes 100 pages received each month. Send faxes by email or web for add'l charge.

### Corporate

Starts at $39.95 per month

**Best for:**
Companies that need multi-user accounts of 3 or more Internet fax numbers or receive more than 800 fax pages/mo.



### MaxEmail Reviews

*"I've been a MaxEmail customer since January 2002 and absolutely love the service. Being able to receive/send a fax from virtually anywhere has made this (very affordable) service worth every penny!"*

— Stacy Kildal, Waterford, MI

## MaxEmail Internet Fax Services Features

**Send & Receive Internet Faxes by Email.** No fax machine or telephone line is needed. If you have an email address, you can send and receive faxes anywhere and anytime.

**Personal, Unique Internet Fax Number.** We assign you your own dedicated fax number for your convenience and privacy.

**Access Faxes Online From Anywhere.** Faxes that are sent to your fax number are sent directly to your email address, so you receive your faxes wherever you are.

**Easy setup.** Since faxes are delivered as PDF files, you probably won't even need to install any extra software on your computer.

**No busy signals.** Because we maintain fax servers with hundreds of incoming fax lines, you can receive multiple faxes at the same time without callers getting busy signals, 24 hours a day, seven days a week.







ABOUT SSL CERTIFICATES

Fax To Email | Terms & Conditions | Privacy Policy | Help | Fax to Email Resources | MaxEmail Reviews | Site Map

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

# EXHIBIT 4

Login     Register

Home     Solutions     Products     About Us     Get Help

You are here: Maxemail — Home » Frequently Asked Questions » R128

## Frequently Asked Questions (FAQ)

## Frequently Asked Questions (FAQ)



**Question:**
How do I dial in and listen to my voice messages and review my faxes over the telephone?

**Answer:**

1. Dial your MaxEmail number
2. When you hear the greeting, press the * key
3. Enter your PIN and press # to access the main menu

Note - you may press the * key at any time to exit an option and return to the previous menu

**Listening to voice messages:**
Follow steps 1-3 above
Press 1 to review your voice messages

Options after listening to a voice message:
Press 1 to save and go to the next message
Press 2 to forward a message to another MaxEmail number
Press 3 to erase a message
Press 4 to replay a message
Press 5 to jump to a specific date

**Reviewing faxes:**

Follow steps 1-3 above
Press 2 to review your faxes

Press 1 to save a message
Press 2 to forward a fax to another fax number *
Press 3 to erase a fax
Press 4 to replay a message
Press 5 to jump to a specific date

* Please note - MaxEmail Send charges apply for forwarding faxes to another fax number from the voicemail system.

**MaxEmail Reviews**

*I just wanted to say THANK YOU!!! I've had to start using MaxEmail for everything... and I LOVE IT!!! Talk about easy! Thank you, Thank you, Thank you!!!*

— Nina Kaip, Promotional Products Company, New Hudson, MI







ABOUT SSL CERTIFICATES

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

# EXHIBIT 5

Login    Register

Home        Solutions        Products        About Us        Get Help

You are here: Maxemail — Home » Frequently Asked Questions » G113

**Frequently Asked Questions (FAQ)**

## Frequently Asked Questions (FAQ)

**Question:**
What do I use the PIN for?

**Answer:**

Your PIN is used to access the phone administration feature. You can dial in to your MaxEmail number to listen to voicemail, record a custom voicemail greeting, and check for new faxes.

The PIN is not used by callers when dialing your MaxEmail number, and you should not share your PIN with anyone else. To change your PIN, login to your account and click "Receive Settings" under the Account Settings tab. Enter your new PIN twice and save the change.



**MaxEmail Reviews**

*I just wanted to say THANK YOU!!! I've had to start using MaxEmail for everything... and I LOVE IT!!! Talk about easy! Thank you, Thank you, Thank you!!!"*

— Nina Kalp, Promotional Products Company, New Hudson, MI







2008-2011

**ABOUT SSL CERTIFICATES**



Fax To Email | Terms & Conditions | Privacy Policy | Help | Fax to Email Resources | MaxEmail Reviews | Site Map

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

# EXHIBIT 6

Login    Register

Home        Solutions        Products        About Us        Get Help

You are here: Maxemail — Home » Frequently Asked Questions » R118

**Frequently Asked Questions (FAQ)**

## Frequently Asked Questions (FAQ)

**Question:**
Can I receive faxes from Fax on Demand services (FOD)?

**Answer:**

There are two types of FOD services - one call and two call. With the one call system, you dial the FOD service from your fax machine, request your document, and then the FOD service faxes it back to you on that same call. This type of system will not work with your MaxEmail Fax number. The two call system is more common. With a two-call FOD system, you call in, request the document, enter your fax number and hang up. The FOD then processes the request and faxes your document to the fax number entered, but on a separate call. You should not have any problems requesting FOD documents from a two-call system.



**MaxEmail Reviews**

*I just wanted to say THANK YOU!!! I've had to start using MaxEmail for everything... and I LOVE IT!!! Talk about easy! Thank you, Thank you, Thank you!!!"*

— Nina Kalp, Promotional Products Company, New Hudson, MI







2008-2011

**ABOUT SSL CERTIFICATES**

Fax To Email | Terms & Conditions | Privacy Policy | Help | Fax to Email Resources | MaxEmail Reviews | Site Map

©1996-2011 IGC, Inc. All rights reserved. MaxEmail is a registered trademark of IGC, Inc.

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is that of Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067.

I served the below listed document described as:

PLAINTIFF'S DISCLOSURE OF INFRINGEMENT CONTENTIONS

on November 14, 2011 on all parties in this action by placing a true copy of the above document enclosed in a sealed envelope addressed as follows:

> Robert J. Schneider, Esq.
> Chapman and Cutler LLP
> 111 West Monroe Street
> Chicago, IL 60603-4080

I placed such envelope with First Class postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Sullivan & Cromwell LLP for collecting and processing correspondence for mailing, which practice is that when correspondence is deposited with the Sullivan & Cromwell LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the normal course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 14, 2011 at Los Angeles, California.

_____
Joyce L. Burton