# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTEGRATED GLOBAL CONCEPTS, ) <br> INC. AND MEIXLER ) <br> TECHNOLOGIES, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> File No. 1:06-CV-0161-CC <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS

Pursuant to Local Patent Rule (LPR) 4.1, Plaintiff Catch Curve, Inc. ("Plaintiff") hereby serves on Defendants Integrated Global Concepts, Inc. ("IGC") and Meixler Technologies, Inc. ("MTI") its Disclosure of Infringement Contentions.

Plaintiff has not yet received any discovery information or materials from either Defendant. The following contentions are based upon information known to Plaintiff at this time based on publicly available information and documents. Plaintiff therefore reserves its right to supplement or amend its LPR 4.1 Infringement Contentions in view information and/or documents that may be obtained from Defendants and/or third parties during discovery, further

investigation, and/or any other reason permitted under LPR 4.5 and the Federal Rules of Civil Procedure.

### A. Identification and Provision of Claim Charts For Allegedly Infringed Claims and Allegedly Infringing Products and/or Services for Each Patent-In-Suit

At the present time, Plaintiff alleges literal infringement of each of the claims listed in this section by the specified products and/or services of each Defendant. The listed claims are representative claims. No admission of noninfringement is intended or should be inferred for any claim not listed. Plaintiff alleges that each of the asserted claims is entitled to a priority date at least as early as September 22, 1988. Plaintiff specifically reserves the right to supplement or amend these contentions pursuant to LPR 4.5 and the Federal Rules of Civil Procedure.

#### 1. United States Patent No. 4,994,926

Plaintiff alleges that at least the following claims are infringed by Defendant IGC's MaxEmail service: independent claim 3; independent claim 52 and dependent claim 53; independent claim 55.

Plaintiff alleges that at least independent claims 3 and 55 are infringed by Defendant MTI's GreenFax service.

Claim charts for Plaintiff's LPR 4.1 Infringement Contentions as to these claims and products / services are attached as Appendices A-1 (for IGC's MaxEmail service) and A-2 (for MTI's GreenFax service).

2. **United States Patent No. 5,291,302**

Plaintiff alleges that at least independent claim 24 is infringed by Defendant IGC's MaxEmail service.

Plaintiff alleges that at least independent claim 24 is infringed by Defendant MTI's GreenFax service.

Claim charts for Plaintiff's LPR 4.1 Infringement Contentions as to these claims and products / services are attached as Appendices B-1 (for IGC's MaxEmail service) and B-2 (for MTI's GreenFax service).

3. **United States Patent No. 5,459,584**

Plaintiff alleges that at least the following claims are infringed by Defendant IGC's MaxEmail service: independent claim 7; independent claim 30 and dependent claims 31-38; independent claim 39 and dependent claims 40-45; independent claim 48 and dependent claim 50.

Plaintiff alleges that at least the following claims are infringed by Defendant MTI's GreenFax service: independent claim 7; independent claim 30 and

dependent claims 31-32, 34-38; independent claim 39 and dependent claims 40, 42-45; independent claim 48 and dependent claim 49.

Claim charts for Plaintiff's LPR 4.1 Infringement Contentions as to these claims and products / services are attached as Appendices C-1 (for IGC's MaxEmail service) and C-2 (for MTI's GreenFax service).

### 4. United States Patent No. 6,643,034

Plaintiff alleges that at least the following claims are infringed by Defendant IGC's MaxEmail service: independent claim 1 and dependent claims 2-9, 14-15, 20, 24, 26, 30-31, 36, 39, 41, 43, 46; independent claim 50 and dependent claims 51-53, 56-57, 64, 68-69, 71, 75, 78-79, 82, 84, 86.

Plaintiff alleges that at least the following claims are infringed by Defendant MTI's GreenFax service: independent claim 1 and dependent claims 2-9, 14-15, 20, 24, 26, 41, 43; independent claim 50 and dependent claims 53, 56-57, 64, 69, 71, 82, 84.

Claim charts for Plaintiff's LPR 4.1 Infringement Contentions as to these claims and products / services are attached as Appendices D-1 (for IGC's MaxEmail service) and D-2 (for MTI's GreenFax service).

### 5. United States Patent No. 6,785,021

Plaintiff alleges that at least the following claims are infringed by Defendant IGC's MaxEmail service: independent claim 33 and dependent claims 34, 40-43, 85, 94, 97-99, 106, 109-111, 113, 116, 118; independent claim 44 and dependent claims 45, 53-54, 58-60, 63, 94, 118; independent claim 64 and dependent claims 65-67, 85, 94, 97-99, 106, 109-111, 113, 116, 118; independent claim 69 and dependent claims 70-73, 78, 82, 118; independent claim 83 and dependent claims 97-99, 106, 109, 110.

Plaintiff alleges that at least the following claims are infringed by Defendant MTI's GreenFax service: independent claim 33 and dependent claims 34, 40-43, 85, 94, 97, 111, 113, 118; independent claim 44 and dependent claims 45, 53-54, 58-59, 63, 94, 118; independent claim 64 and dependent claims 65-67, 85, 94, 97, 111, 113, 118; independent claim 69 and dependent claims 71, 73, 78, 82, 118; independent claim 83 and dependent claim 97.

Claim charts for Plaintiff's LPR 4.1 Infringement Contentions as to these claims and products / services are attached as Appendices E-1 (for IGC's MaxEmail service) and E-2 (for MTI's GreenFax service).

## B. <u>Production of Documents Called For Under LPR 4.1</u>

File histories for each of the patents-in-suit, and all foreign counterparts thereof, have previously been provided to Defendants and to Defendants' counsel. Subject to any applicable privilege or other appropriate objection under the Federal Rules of Civil Procedure, other documents called for under LPR 4.1 will be made available for Defendant's inspection and copying at a mutually convenient time and place.

This 5th day of September, 2006.

Scott A. Horstemeyer
Georgia Bar No. 367836
Dan R. Gresham
Georgia Bar No. 310280
**Thomas, Kayden, Horstemeyer**
    **& Risley, L.L.P.**
100 Galleria Parkway, N.W., Suite 1750
Atlanta, GA 30339-5948
(770) 933-9500

Attorneys for Plaintiff
Catch Curve, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INTEGRATED GLOBAL CONCEPTS, INC. AND MEIXLER TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action<br>File No. 1:06-CV-0161-CC<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, a copy of the foregoing **"PLAINTIFF'S LPR 4.1 INFRINGEMENT CONTENTIONS"** was caused to be served upon the following attorneys of record as indicated:

Gregory J. Digel
**HOLLAND & KNIGHT LLP**
1201 West Peachtree Street, N.E.
Suite 2000, One Atlantic Center
Atlanta, Georgia 30309-3400
*Service via First Class Mail*

and

Robert J. Schneider
James P. Sullivan
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, Illinois 60603-4080
***Service via First Class Mail***

_____
Dan R. Gresham

8

# **APPENDIX**

A. **United States Patent No. 4,994,926**

    1. Infringement Claim Charts for IGC's MaxEmail service

    2. Infringement Claim Charts for MTI's GreenFax service

B. **United States Patent No. 5,291,302**

    1. Infringement Claim Charts for IGC's MaxEmail service

    2. Infringement Claim Charts for MTI's GreenFax service

C. **United States Patent No. 5,459,584**

    1. Infringement Claim Charts for IGC's MaxEmail service

    2. Infringement Claim Charts for MTI's GreenFax service

D. **United States Patent No. 6,643,034**

    1. Infringement Claim Charts for IGC's MaxEmail service

    2. Infringement Claim Charts for MTI's GreenFax service

E. **United States Patent No. 6,785,021**

    1. Infringement Claim Charts for IGC's MaxEmail service

    2. Infringement Claim Charts for MTI's GreenFax service