IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br>    Defendant and Counterclaim Plaintiff. <br><br>------------------------ <br><br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br>    Counterclaim Plaintiff, <br><br> v. <br><br> J2 GLOBAL COMMUNICATIONS, INC., AUDIOFAX, INC., AUDIOFAX IP LLC, <br><br>    Added Counterclaim Defendants. | No. 1:06-CV-2199-AT |

## ORDER

The parties having jointly consented to and requested a short extension of the deadline for conducting the initial four month period of discovery set forth in Order [Doc. No. 205], and good cause being shown therefor;

A v1
- 08/07/2013

IT IS HEREBY ORDERED that the deadline for conducting the initial four month period of discovery is hereby extended through and including <u>Monday, December 2, 2013</u>.

SO ORDERED, this 13th day of August, 2013.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

A v1
- 08/07/2013