# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-02199-AT-AJB
## Catch Curve, Inc. v. Integrated Global Concepts, Inc. et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/12/2014.

TIME COURT COMMENCED: 3:40 P.M.
TIME COURT CONCLUDED: 3:56 P.M.    COURT REPORTER: Montrell Vann
TIME IN COURT: 00:10    DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Brian England representing Catch Curve, Inc.
Brian England representing J2 Global Communications, Inc.
James Heiser representing Integrated Global Concepts, Inc.
Michael Powell representing Integrated Global Concepts, Inc.
Robert Schneider representing Integrated Global Concepts, Inc.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The parties had previously submitted emails to the Court concerning CatchCurve and J2's desire to depose IGC's expert whose report was submitted in its opposition to the [238] Motion for Summary Judgment. The parties informed the Court that they had reached a resolution on this issue. A brief recess was had. The Court administratively closed the case. After the parties have conducted the deposition, they are to file a proposed consent order containing the dates for filing the reply and sur-reply to the [238] Motion for Summary Judgment. The case will be restored to the active docket upon the filing of the proposed consent order.