**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CATCH CURVE, INC., | ) | |
| Plaintiff and Counterclaim Defendant, | ) | No. 1:06-CV-2199 |
| v. | ) | Judge Amy Totenberg |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) | Jury Trial Demanded |
| Defendant and Counterclaim Plaintiff, | ) | |
| v. | ) | |
| j2 GLOBAL COMMUNICATIONS, INC., | ) | |
| AUDIOFAX, INC., AND AUDIOFAX IP LLC, | ) | |
| Added Counterclaim Defendants. | ) | |

**JOINT STIPULATION DISMISSING**
**ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the above-entitled action, including the Complaint and Counterclaims and all causes of action therein, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 31, 2015

By: /s/ Robert A. Sacks

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for j2 Global Communications, Inc. and Catch Curve, Inc.*

Dated: March 31, 2015

By: /s/ Glenn C. Tornillo

Glenn C. Tornillo (GBN 714754)
Michael J. Powell (GBN 586275)
CASEY GILSON, P.C.
980 Hammond Drive, Suite 800
Atlanta, Georgia 30328-5353
Telephone: (770) 512-0300
Facsimile: (770) 512-0700
gtornillo@caseygilson.com
mpowell@caseygilson.com

Robert J. Schneider (*Admitted Pro Hac Vice)*
*Taft Stettinius & Hollister LLP*
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 836-4154
Facsimile: (312) 527-4011

rschneider@taftlaw.com

James M. Heiser (*Admitted Pro Hac Vice)*
*Chapman and Cutler LLP*
111 West Monroe Street
Chicago, Illinois 60603-4080
Telephone: (312) 845-3877
Facsimile: (312) 516-1477
heiser@chapman.com

*Attorneys for Defendant and Counterclaimant, Integrated Global Concepts, Inc.*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rules 5.1(C) and 7.1(D).

This 31st day of March 2015.

**CASEY GILSON, P.C.**

By /s/ Glenn C. Tornillo
Glen C. Tornillo

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2015, I electronically filed the ***Joint Stipulation Dismissing Action with Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/ Glenn C. Tornillo
Glenn C. Tornillo